# UNITED STATES DISTRICT COURT
for
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 08, 2022

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Torres, Alejandro Guillen | Docket No. | 0980 2:22CR00129-TOR-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Alejandro Guillen Torres, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke, sitting in the Court at Spokane, Washington, on the 22nd day of November 2022, under the following conditions:

**Additional Condition #12:** Inpatient Treatment: Defendant shall immediately enter into and successfully complete an inpatient treatment program at the in-patient facility at SPARC. Pretrial Services will monitor Defendant while in treatment. Defendant shall comply with all directives of the U.S. Probation Officer. Prior to commencing any evaluation or treatment program, Defendant shall provide waivers of confidentiality permitting the United States Probation Office and treatment provider to exchange without qualification, in any form and at any time, any and all information or records related to Defendant's conditions of release and supervision, and evaluation, treatment and performance in the program. In shall be the responsibility of defense counsel to provide such waivers.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Alejandro Guillen Torres is alleged to have violated the conditions of pretrial release supervision by aborting inpatient substance abuse treatment at Spokane Addiction and Recovery Center (SPARC) on December 5, 2022.

On or about November 23, 2022, Mr. Torres entered inpatient substance abuse treatment at SPARC in Spokane, Washington.

On December 8, 2022, the U.S. Attorney's Office contacted the undersigned officer and relayed that the Moses Lake Police Department had just contacted Mr. Torres at a residence in Moses Lake, Washington.

Subsequently, the undersigned officer contacted SPARC and confirmed Mr. Torres aborted inpatient substance abuse treatment at that facility on December 5, 2022.

PRAYING THAT THE COURT WILL ORDER A WARRANT

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on: December 8, 2022 |
| by | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Pretrial Services Officer |

PS-8
Re: Torres, Alejandro Guillen
December 8, 2022
Page 2

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

12/8/22
Date